# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 07-40440

D.C. Docket No. 6:03-CV-223

United States Court of Appeals
Fifth Circuit
**FILED**
January 14, 2015
Lyle W. Cayce
Clerk

VINE STREET LLC

    Plaintiff - Appellee

v.

BORG WARNER CORP;

    Defendant - Appellant

Appeal from the United States District Court for the
Eastern District of Texas, Tyler

Before KING, JOLLY, and COSTA, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is reversed and vacate and the cause is remanded to the District Court for entry of judgment in favor of Borg Warner.

IT IS FURTHER ORDERED that plaintiff-appellee pay to defendant-appellant the costs on appeal to be taxed by the Clerk of this Court.