# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

February 05, 2015

Mr. David Maland
U.S. District Court, Eastern District of Texas
211 W. Ferguson Street
Room 106
Tyler, TX 75702

    No. 07-40440   Vine Street LLC v. Keeling
                       USDC No. 6:03-CV-223

Dear Mr. Maland,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Melissa V. Mattingly, Deputy Clerk
                              504-310-7719

cc:
    Mr. Kenneth Carl Baker
    Mr. Robert Scott Davis
    Mrs. Marie L. Fiala
    Ms. Lisa Elizabeth Jones
    Mr. Kenneth P. Kansa
    Mr. Matthew Lyle Rienstra
    Mr. Peter Richard Steenland Jr.